## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**JAMES SULLIVAN**                                                          **PLAINTIFF**
**Reg. #20827-075**

**v.**                              **CASE NO. 2:18-CV-00128 BSM**

**BUREAU OF PRISONS,**
**FCI-Forest City Low**                                                     **DEFENDANT**

### ORDER

The proposed findings and recommendations [Doc. No. 3] filed by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After careful review of the record, the proposed findings and recommended disposition are hereby adopted in their entirety. Accordingly, the complaint [Doc. No. 1] is dismissed without prejudice due to a lack of prosecution. Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 9th day of November 2018.

UNITED STATES DISTRICT JUDGE